**MEMO ENDORSED**

From:  Jacob Teitelbaum
c/o Ben Friedman
5 Leipnik Way # 102,
Monroe N. Y. 10950

To:  The Honorable Vincent L. Briccetti
United States District Court Judge
Southern District of New York
300 Quarropas Street
White Plains, New York, 10601

APPLICATION GRANTED
SO ORDERED
VINCENT L. BRICCETTI
U.S.D.J.
9/21/12

Re: Jacob Teitelbaum Vs. Juda Katz et al. 12-cv-2858 VB

Dear Hon. Judge Briccetti,

I am Jacob Teitelbaum, Plaintiff in this action.

In reference to the pending Motions filed by Defendants Children's Rights Society and Atty. Kim Pavlovic and by Defendant Atty. Maria Petrizio Esq. The Motions were filed on July 19th and July 20th respectively, the Court had extended the time to respond, which is currently due by September 28th, and the replies due by October 19th.

It has recently become evident to me that I would need more time to file my papers, due to the upcoming Jewish High Holydays which span most of September and part of October; September 9th starting preparations, Rosh Hashanah starting on Sep 16th, Yom Kippur and Succoth following, and the last Holyday ending on October 9th.

On September 3rd I sent a letter requesting consent for more time from Counsel for both Defendants named above asking to be able to file my response by November 5th, instead, with their replies to be filed by November 30th, in response to my request, Counsel for Defendants Children's Rights Society and Atty. Kim Pavlovic objected to my request, and as of today no response was yet received from Counsel for Defendant Atty. Maria Petrizio Esq., (copies of the correspondence between counsel and myself is attached herewith).

It would be impossible to file my response to the motions by September 28th and fulfill my religious obligations given the circumstances, because of being busy with the Holydays, this Holy Season is a stressful period in and of itself and I am dependent on the help of others to prepare my papers; other people who are also affected by the Holyday period. Having to file by September 28th would have the effect of compelling me to file within the next few days, which would be impossible.

Therefore, I respectfully ask this Honorable Court to extend the time to file my opposition papers for both pending motions until November 5th, 2012, with the Defendants filing their reply by November 30th, 2012.

Dated September 9, 2012, Monroe, NY.

Respectfully Submitted,

Jacob Teitelbaum, Plaintiff

Jacob Teitelbaum
c/o Ben Friedman
5 Leipnik Way # 102,
Monroe N. Y. 10950

Attn; Rebecca Baldwin Montello, Esq.
Tarshis, Catania, Liberth, Mahon & Miligram, PLLC,
One Corwin Court, P.O. Box 1479
Newburgh, New York, 12550
T - 845-565-1100 / F - 845-565-1999
E-mail; rmantello@tclmm.com

Re: <u>Jacob Teitelbaum Vs. Juda Katz et al. 12-cv-2858 VB</u>

Monday, September 3, 2012

Dear Ms. Montello,

In reference to your pending motion and the time to file my opposition papers, which is currently due by September 28th, it became evident to me that I need more time to file my papers, due to the upcoming Jewish high Holidays which span most of September and part of October, with September 9th starting preparations, Rosh Hashanah starting on Sep 16th, Yom Kippur and Succoth following, the last holiday ending on October 9th.

I would not be ready to file my papers by September 28th, being busy with the holiday's, this holiday season is a stressful period by itself, I am also dependent on help from other people to prepare my papers, who are also affected by the holiday period.

Therefore I would need more time to compensate for the month of September and part of October, ideally I propose that I be able to file my papers by November 5th, and you would then file your reply by November 30th, giving everyone enough time to file. I would greatly appreciate your helping me to meet my religious obligations by allowing me this extension.

Please advise if you accept this proposal, I will then advise the Court to get approval.

Kindly,

Jacob Teitelbaum, Plaintiff

Case 7:12-cv-02858-VB Document 59 (Court only) Filed 09/21/12 Page 5 of 6

**TARSHIS, CATANIA, LIBERTH, MAHON & MILLIGRAM, PLLC**

12951-60692
Page 2

Very truly yours,

REBECCA BALDWIN MANTELLO

RBM/rbm/7755925
Cc via email:
David Darwin, Esq. at ddarwin@orangecountygov.com
Gregg Weinstock, Esq. at gweinstock@garbarini-scher.com
Karen M. Taddeo, Esq. at ktaddeo@ts-law.com